**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**MANUEL S. ALVAREZ,**

                      **Plaintiff,**

         v.                            **1:06-CV-745**
                                                **(FJS/RFT)**

**CHARLES HAYWARD; WILLIAM NADER;**
**and THE NEW YORK STATE RACING**
**ASSOCIATION, INC.,**

                      **Defendants.**

---

**APPEARANCES**                                    **OF COUNSEL**

**COOPER ERVING & SAVAGE LLP**         **PHILLIP G. STECK, ESQ.**
39 North Pearl Street, 4th Floor
Albany, New York 12207
Attorneys for Plaintiff

**SCULLIN, Senior Judge**

### ORDER

      Currently before the Court is Plaintiff's motion for an Order that Defendants show cause "why a preliminary injunction pursuant to Federal Rules of Civil Procedure 65 should not be issued ordering that [Plaintiff's] NYRA credential be reinstated and ordering that NYRA cease barring [Plaintiff] from his place of employment at Saratoga Race Course . . . AND . . . [p]ending a hearing and determination of the present application, [ordering] said defendants, their agents, servants, employees or any other person acting on their behalf, . . . to reinstate [Plaintiff's] credential and cease barring [Plaintiff] from his place of employment at Saratoga Race Course." *See* Dkt. No. 3, Order to Show Cause with A Request for Temporary Relief, at 1-2.

      After reviewing Plaintiff's papers, the Court hereby

**ORDERS** that Plaintiff's motion for a Temporary Restraining Order is **DENIED**; and the Court further

**ORDERS** that Plaintiff serve a copy of this Order on Defendants' counsel **by personal delivery or overnight mail** on or before **5:00 p.m. on June 19, 2006**; and the Court further

**ORDERS** that Defendants file their papers in opposition to Plaintiff's motion for a preliminary injunction using the Court's electronic filing system on or before **12:00 noon on June 26, 2006**; and the Court further

**ORDERS** that Plaintiff file his papers in further support of his motion for a preliminary injunction, if any, using the Court's electronic filing system on or before **12:00 noon on June 30, 2006**. After receiving the parties' papers, the Court will decide if a hearing is necessary and if one is necessary will notify the parties accordingly.[1]

Dated: June 19, 2006
Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge

---

[1] The Court advises the parties that if a hearing is necessary, the Court will hold that hearing on either **July 5, 2006**, or **July 6, 2006**, in **Albany, New York**, so counsel should have any witnesses whom they intend to call in support of their respective positions available to testify on both of those days.